UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM GERBER, | ) | CASE NO. ED CV 15-0531-ODW (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| A.M. GONZALEZ, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>March 25, 2015</u>.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Judgment.wpd